**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 05-277-01M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Omar Duron-Rivas - 2, | ) | |
| Defendant. | ) | |

    The United States of America, having filed a motion to dismiss and good cause appearing,

    **IT IS ORDERED dismissing**, without prejudice, the Complaint filed against defendant Omar Duron-Rivas and quashing the Bench Warrant issued December 14, 2005.

    DATED this 25th day of April, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge